NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLES E. LEMONS,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2010-3146

---

Petition for review of the Merit Systems Protection Board in case no. DA831E060462-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of the Office of Personnel Management's motion for a 14-day extension of time, until October 28, 2010, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 1 5 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Charles E. Lemons
     Jeffrey D. Klingman, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 5 2010

JAN HORBALY
CLERK